UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ALEXANDER SHRIRA,

         Plaintiff,

                     ORDER
   v.                  02-CV-296A

STATE UNIVERSITY OF NEW YORK at
BUFFALO,

         Defendant.

---

   On April 6, 2006, United States Magistrate Judge Leslie G. Foschio issued an Order in this case granting *pro se* plaintiff Alexander Shrira's request for an extension of time to respond to defendant State University of New York at Buffalo's motion for summary judgment. The Court Clerk's office mailed a copy of the Order to plaintiff's last reported address, 214 Northampton Street, Buffalo, New York 14208, but the mail was returned as undeliverable.

   Local Rule 5.2(d) of the Local Rules of Civil Procedure for the Western District of New York requires a party appearing *pro se* to furnish the Court with a current address at which papers may be served on the litigant. It also states that a *pro se* litigant must inform the Court immediately, in writing, of any change of address, and that failure to do so may result in dismissal of the case with prejudice.

   Accordingly, plaintiff shall have until September 22, 2006, to provide the Court with his new address or an explanation as to why the mail was undeliverable at the address currently listed. Failure to do so may result in the case being dismissed with prejudice.

IT IS SO ORDERED.

/s/ Richard J. Arcara
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: September 11    , 2006