UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ALEXANDER SHRIRA,

                          Plaintiff,

                                                                    ORDER
      v.                                                               02-CV-296A

STATE UNIVERSITY OF NEW YORK
AT BUFFALO,

                          Defendant.

---

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On March 28, 2007, Magistrate Judge Foschio filed a Report and Recommendation, recommending that defendant's motion for summary judgment should be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendant's motion for summary judgment is granted.

        The Clerk of Court shall take all steps necessary to close the case.

        SO ORDERED.

                                                  s/ *Richard J. Arcar*a
                                                  HONORABLE RICHARD J. ARCARA
                                                  CHIEF JUDGE
                                                  UNITED STATES DISTRICT COURT

DATED:  April 20     , 2007